**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Carlos Demond ROBINSON, Defendant–Appellant.**

No. 08–6215.

United States Court of Appeals, Fourth Circuit.

Submitted: April 16, 2009.

Decided: Aug. 10, 2009.

Carlos Demond Robinson, Appellant Pro Se. Leesa Washington, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

Before TRAXLER, Chief Judge, and GREGORY and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carlos Demond Robinson appeals the district court's orders denying his motions for (1) new trial and (2) appointment of counsel. We have reviewed the record and find no reversible error. Accordingly, we affirm. We grant leave to proceed in forma pauperis and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and

argument would not aid the decisional process. The motions for appointment of counsel and to proceed under the Criminal Justice Act are denied. The motion to withdraw the motion to consolidate is granted.

*AFFIRMED.*